IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

CIVIL ACTION NO.: 2:18-CV-174-(WOB-CJS)

SELECTIVE INS. CO. OF
SOUTH CAROLINA                                              PLAINTIFF

VS.                              ORDER

MIAMI VALEY PAPER TUBE CO.,
ET AL.                                                    DEFENDANTS

This matter is before the Court on the parties' Joint Status Report (Doc. 125), and the Court being advised,

**IT IS ORDERED** that this matter be, and is hereby, **DISMISSED AND STRICKEN FROM THE DOCKET OF THIS COURT.**

This 13th day of December 2022.



Signed By:
*William O. Bertelsman* WOB
United States District Judge